

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00689-CV

**IN THE INTEREST OF G.M. III**, A.M., and N.M.,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02693
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, we: (1) grant the motion to withdraw filed by C.P.'s appellate counsel and AFFIRM the trial court's judgment terminating C.P.'s parental rights; and (2) AFFIRM the trial court's judgment removing M.B. as managing conservator of G.M. III.

We order that no costs be assessed against either appellant because they are indigent.

SIGNED March 26, 2014.


Marialyn Barnard, Justice